

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00364-CV

**IN THE INTEREST OF S.L.T., AND A.C.T., CHILDREN**

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33615
Honorable Robert Cadena, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

It is so **ORDERED** on January 16, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court